# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2016

Robert P. Young, Jr.,
Chief Justice

150616(93)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

CRAIG HECHT,
      Plaintiff-Appellee,

v

SC: 150616
COA: 306870
Genesee CC: 10-093161-CL

NATIONAL HERITAGE ACADEMIES, INC.,
      Defendant-Appellant.
_____/

On order of the Chief Justice, the motion of defendant-appellant to file a letter correcting an exchange between counsel and the Court at oral arguments is GRANTED. The letter submitted on March 23, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2016

